McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101
(973) 622-4444
(BJP0040)
Attorneys for Defendant
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANIF DAHYA and NASHRIN DAHYA, | CIVIL ACTION NO. 6-1173 |
| Plaintiffs, | |
| v. | STIPULATION OF DISMISSAL |
| METROPOLITAN LIFE INSURANCE CO., | |
| Defendant. | |

The parties hereto, having resolved the claims and controversies at issue in this case, as evidenced by the signature of counsel for the parties hereon, hereby consent and agree that the Complaint in this matter shall be dismissed with prejudice and without costs or fees assessed against any party.

Dated: November 17, 2006

_____
B. John Pendleton, Jr.
PA I.D. No. 41162

Robert P. Lesko
PA I.D. No. 71416

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: (973) 622-4444

Dated: November 17, 2006

*[signature]*
Vince Barra, Esq
119 Valley Road
Allendale, PA 07401

Dated: November 17, 2006

*[signature]*
Richard C. Burns
167 Franklin Turnpike
Waldwick, NJ 07463

Dated: November 17, 2006

approved
Donetta F. Ambrose
11/20/06